**Order entered March 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01669-CV

## IN THE MATTER OF CAROLYN GULLEY AND DENNIS JAMES SKINNER

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV-13-00479-V-292nd**

## ORDER

The clerk's record in this case is overdue. By postcard dated December 30, 2013, we notified the District Clerk that the clerk's record was overdue. We directed the District Clerk to file the clerk's record within thirty days. To date, the clerk's record has not been filed.

Accordingly, this Court **ORDERS** the Dallas County District Clerk to file, within **TEN DAYS** of the date of this order, either the clerk's record or written verification that appellant has not been found indigent and has not paid for the record. *We notify appellant that if we receive verification he is not indigent and has not paid for the record, we will, without further notice, dismiss the appeal. See* TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk of the Court to send a copy of this order, by electronic transmission, to:

Gary Fitzsimmons
Dallas County District Clerk



/s/     CAROLYN WRIGHT
CHIEF JUSTICE